22250. McBurney *v.* Union Assurance Society *et al.*

Broyles, C. J. This case is controlled by the decision this day rendered in *Asher* v. *Union Assurance Society,* ante, 620.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

Decided September 28, 1933.

*J. H. Porter,* for plaintiff in error.
*T. M. Smith,* contra.